UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                       CASE NO. 8:13-CIV-876-T-EAK-EAJ

CINDY L. DWYER,

    Defendant.
_____/

## ORDER GRANTING MOTION FOR ENTRY OF DEFAULT JUDGMENT

This cause is before the Court on the motion for entry of default judgment (Doc. 11). There has been no timely response to the motion. The Court finds the motion well-taken based on the pleadings submitted and the failure of the defendant to answer or otherwise plead to the Summons and Complaint. Accordingly, it is

**ORDERED** that the motion for entry of default judgment (Doc. 11) be **granted**. The Clerk of Court is directed to enter default judgment for the Plaintiff and against the Defendant as follows: The Plaintiff is awarded the sum of $8,711.77, consisting of $2,821.06 unpaid principal, $5,016.91 in accrued interest at the rate of 8.00% through May 9, 2013, the sum of $40.00 in taxed costs, a Debt Collection Surcharge of $783.80, and an Administrative Fee of $50.00.  Further, the judgment shall bear interest at the rate as prescribed by 28 U.S.C. § 1961, and shall be enforceable through, for Claim No. 2010A73277, for a total of $8,711.77 through May 9, 2013, and post judgment interest at the legal rate with any additional

surcharge and fees that the movant is legally entitled to collect from the Defendant.

**DONE and ORDERED** in Chambers, in Tampa, Florida this 11th day of June, 2013.



Copies to: All parties and counsel of record